■ In the Matter of KELLY AMES HATCH-WALKER, Appellant, v AARON MATTHEW WALKER, Respondent. [40 NYS3d 319]—Appeal from an order of the Family Court, Livingston County (Robert B. Wiggins, J.), entered July 3, 2014 in a proceeding pursuant to Family Court Act article 6. The order, among other things, determined that the parties shall have joint custody of the subject child.

Now, upon reading and filing the notice of discontinuance signed by the appellant on October 10, 2016, and by the attorneys for the parties on September 26, 29 and 30, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Whalen, P.J., Centra, Carni, Curran and Troutman, JJ.

■ In the Matter of NANCY T., an Infant. CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LYNN T., Appellant. [40 NYS3d 320]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered September 22, 2015 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court (2015 NY Slip Op — [Fam Ct, Chautauqua County 2015]). Present—Whalen, P.J., Centra, Carni, Curran and Troutman, JJ.